IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JUN 17 PM 4: 18

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAJUAN PARKER and SINCERE COOK,

Defendants.

8:20CR 150

INDICTMENT
18 U.S.C. §§ 113(a)(3), 1153 & 2

The Grand Jury charges that

## COUNT I

On or about the 8th day of May 2020, within the boundaries of the Omaha Indian Reservation in the District of Nebraska in Indian country, the defendants, DAJUAN PARKER and SINCERE COOK, both Indian males, did assault Victim 1, an Indian male, with a dangerous weapon, to wit: unopened soda cans and a gasoline canister, with intent to do bodily harm, and without just cause or excuse, in that DAJUAN PARKER and SINCERE COOK threw unopened soda cans at Victim 1 and hit Victim 1 in the eye with the spigot of a gasoline canister.

In violation of Title 18 United States Code, Sections 113(a)(3), 1153, and 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright* for
SEAN P. LYNCH, #25275
Assistant U.S. Attorney

1