IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>vs  )<br>  )<br>Sincere Cook  )<br>  )<br>  )<br>  )<br>  ) | AMENDED<br>RECEIPT AND ACKNOWLEDGMENT<br>Docket#8: 20CR150-002 |

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of __One (1) year__ commencing _December 21, 2021_ .

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or modify the conditions of supervision.

_____  
Jonathan P. Lordino  
U.S. Probation & Pretrial Services Officer  
Designated Witness

_____  
Defendant

2-14-21  
DATE

·v:3/98